JOHN D. HEINS, Respondent, *v.* THE MANHATTAN RAILWAY
Co. et al., Appellants.

MOTION to strike cause from calendar and for judgment in
favor of respondent, pursuant to rule 41 of the General Rules
of Practice, and rule 4 of the special rules of this court.

*Root & Clarke,* for appellants.

*Wm. Allan,* for respondent.

FREEDMAN, J.   It was the duty of the appellant to procure
the order for the filing of the case after its settlement on June
12, 1893, and to attend to the filing.   No sufficient reason has
been given why the appellants neglected their duty in this
respect.   The case having been declared abandoned by an
order duly made, entered and served, and the appellants hav-
ing taken no steps to be relieved from this order, nor any step
to bring the appeal before the General Term upon the judg-
ment roll alone, the respondent's motion should be granted,
with costs.

SEDGWICK, Ch. J., and McADAM, J., concur.
Motion granted, with costs.

---

RICHARD T. LASSITER, Respondent, *v.* EDITH HYDE HOES,
Appellant.

APPEAL from orders granting injunctions.

*Calvin D. Van Name,* for appellant.

*William R. Wilder,* for respondent.

*Per Curiam.*   Orders affirmed, with ten dollars costs.

Present: SEDGWICK, Ch. J., GILDERSLEEVE and DUGRO, JJ.
Orders affirmed, with ten dollars costs.